Wayne E. Borgeest (WB-3034)
Joan M. Gilbride (JG-6238)
Ann Marie Collins (AC-7125)
Robert A. Benjamin (RB-9891)
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Dr
Valhalla, New York 10595
914) 741-6100 (Telephone)
(914)761-0025 (Facsimile)
wborgeest@kbrlaw.com
jgilbride@kbrlaw.com
acollins@kbrlaw.com
rbenjamin@kbrlaw.com

*Attorneys for Axis Reinsurance Company*

UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| REFCO, INC., et al., | Case No. 05-60006 (RDD) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

AXIS REINSURANCE COMPANY

               Plaintiff,

-against-

PHILLIP R. BENNETTT, LEO R. BREITMAN,
NATHAN GANTCHER, TONE GRANT,
DAVID V. HARKINS, SCOTT L. JAECKEL,
DENNIS A. KLEJNA, THOMAS H. LEE,
SANTO C. MAGGIO, JOSEPH MURPHY,
RONALD L. O'KELLEY, SCOTT A SCHOEN,
WILLIAM M. SEXTON, GERALD SHERER,
PHILIP SILVERMAN, ROBERT C. TROSTEN,

               Defendants.

Adversary Proceeding No.
07- 07-01712 (RDD)

-----------------------------------------------------------x

## NOTICE OF APPEAL

Axis Reinsurance Company ("Axis"), plaintiff in this Adversary Proceeding, by counsel, hereby respectfully appeals under 28 U.S.C. § 158(a) from the order of Bankruptcy Court Judge

Robert D. Drain granting certain Defendants' Application for a Preliminary Injunction Ordering Advancement of Defense Costs from Axis, entered in this Adversary Proceeding on the 31st day of August 2007.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are listed in Exhibit A, attached hereto.

Dated: September 4, 2007

Signed: *(signature)*
Wayne E. Borgeest (WB 3034)
Joan M. Gilbride (JG-6238)
Ann Marie Collins (AC-7125)
Robert A. Benjamin (RB-9891)
Kaufman Borgeest & Ryan LLP
Attorneys for Appellant
Axis Reinsurance Company
200 Summit Lake Drive
Valhalla, New York 10595
(914) 741-6100 (Telephone)
(914) 761-0025 (Facsimile)

**EXHIBIT A**

Matthew R. Goldman
Wendy J. Gibson
Baker Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
mgoldman@bakerlaw.com
wgibson@bakerlaw.com

Attorneys for Dennis Klejna
and Joseph Murphy


Helen B. Kim
Baker Hostetler LLP
333 South Grand Avenue, Suite 1800
Los Angeles, CA 90071-1523
hkim@bakerlaw.com

Attorneys for Dennis Klejna
and Joseph Murphy

Stuart I. Friedman
Ivan O. Kline
Elizabeth D. Meacham
Friedman & Wittenstein
600 Lexington Avenue
New York, NY 10022
sfriedman@friedmanwittenstein.com
ikline@friedmanwittenstein.com
emeachem@friedmanwittenstein.com

Attorneys for William M. Sexton
and Gerald Sherer

Joseph L. Chairez
Baker Hostetler LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
jchairez@bakerlaw.com

Attorneys for Dennis Klejna
and Joseph Murphy



Ona T. Wang
Baker Hostetler LLP
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
owang@bakerlaw.com

Attorneys for Dennis Klejna
and Joseph Murphy


Richard Cashman
Heller Ehrman LLP
7 Times Square
New York, NY 10036
Richard.Cashman@hellerehrman.com

Attorneys for Phillip Silverman