# KAUFMAN BORGEEST & RYAN LLP

ATTORNEYS AT LAW

200 SUMMIT LAKE DRIVE
VALHALLA, NEW YORK 10595

TELEPHONE: 914-741-6100
FACSIMILE: 914-741-0025
www.kbrlaw.com

ANDREW S. KAUFMAN†
WAYNE E. BORGEEST
JULIANNA RYAN
LEE E. BERGER
LORETTA A. KREZ*
JOAN M. GILBRIDE††
JONATHAN D. RUBIN‡
JUDITH M. FISHER*
A. MICHAEL FURMAN*
MICHAEL P. MEZZACAPPA*‡
DOUGLAS J. FITZMORRIS
STEVEN D. WEINER
SCOTT A. SCHECHTER
CHRISTOPHER E. DiGIACINTO*
ANN MARIE COLLINS*††
JONATHAN B. BRUNO±
PAUL J. COLUCCI
MARGARET J. DAVINO*††
JEFFREY C. GERSON††
ROCCO P. MATRA◊
JOHN B. MULLAHY*

OF COUNSEL:
MARIBETH SLEVIN
SHERRI M. FELDMAN◻

APPELLATE COUNSEL:
JACQUELINE MANDELL

JONATHAN R. HAMMERMAN
HEATHER LASCHEWER*
CAROL S. DOTY†††‡
BARBARA-ANN M. COSTELLO
MELINDA B. MARGOLIES±
JEFFREY S. WHITTINGTON°
ELIZABETH O'BRIEN TOTTEN
RICHARD A. PRETTI
REBECCA KILDUFF
KRISTOPHER M. DENNIS*
CHRISTINE HEENAN
BELINDA DODDS-MARSHALL*‡
JULIE A. KEEGAN
STEPHANIE B. GITNIK
JEFFREY W. KLEINER*
JENNIFER BIRNBAUM
MICHAEL R. JANES
R. EVON HOWARD☆
LEONARD B. COOPER††
ANDREW R. JONES
JAMES T. DE SILVA

KEITH L. KAPLAN††
VINCENT C. ANSALDI††
DAVID J. VARRIALE*††
DOUGLAS J. DOMSKY
TIMOTHY E. MCCARTHY■
JEFFREY A. GRALNICK
TRACEY REISER-PERTOSO††
KATHERINE J. O'BRIEN††
DAMIEN SMITH
ANDREW S. KOWLOWITZ*♦
MATTHEW M. FERGUSON♦
D. RYAN BLOOMQUIST
CRISTINA LA MARCA
EDWARD R. NORIEGA◻
MATTHEW SPERGEL
PAUL T. CURLEY
ROBERT A. BENJAMIN*
KATHRYN C. COLLINS
JANINE C. CIALLELLA††
ELAN R. KANDEL*††
BRIAN M. SHER*
PAIGE E. COOPERMAN
MARGARET M. O'CONNOR
JOSHUA B. SANDBERG

THOMAS L. GALLIVAN
EILEEN R. FULLERTON††
DENNIS J. DOZIS*
LYNN M. DUKETTE
RISA D. TARKOFF*
MILLI SHAH■
KATHRYN M. WALSH
LAURA B. JUFFA
KATELIN B. O'ROURKE
BETSY PHILIP
SARA K. WALKER
KERI B. WASSERSTEIN*
REMI D. FLAISHMAN*
MELISSA A. MANNING*
THOMAS LOOKSTEIN
MICHAEL NERI
ROBERT E. FEKETE
LORRAINE C. SYLVESTER■
JESSICA MOLINARES

† ALSO ADMITTED IN PA
* ALSO ADMITTED IN NJ
‡ ALSO ADMITTED IN DC
†† ALSO ADMITTED IN CT
± ALSO ADMITTED IN MA
◊ ALSO ADMITTED IN TX
♦ ALSO ADMITTED IN FL
○ ALSO ADMITTED IN CA
■ ADMITTED IN NJ ONLY
◻ ADMITTED IN CA ONLY
☆ BARRISTER AT LAW
   ADMITTED IN ENGLAND & WALES

November 15, 2007

**VIA FACSIMILE AND ECF**

Honorable Gerard E. Lynch
United States District Court for the
Southern District of New York
500 Pearl Street, Room 910
New York, NY 10007

Re:        Axis Reinsurance Company v. Phillip Bennett, et al.
Index No.: 07-CV-07924 (GEL) and related cases

Dear Judge Lynch:

      This firm represents Axis Reinsurance Company ("Axis") in connection with the captioned actions. Further to Ms. Moses's November 9, 2007 letter and our conference before Your Honor on November 8, 2007, Axis requests a waiver of the 25 page limitation for its brief on appeal. Axis will be submitting one brief combining the appeal of the dismissal of Axis's complaint and the appeal of the summary judgment Order granting the advancement of defense costs (including the appeal of two preliminary injunction Orders, which were subsumed by the summary judgment Order.) There are substantial legal and factual arguments to be raised in this brief. Accordingly, Axis requests a waiver from Section 2.D. of Your Honor's individual practices. Axis expects it will need no more than 40 pages for its brief on appeal and 25 pages on reply. Opposing counsel do not object to Axis's request.

      Opposing counsel also asked that we convey their request to submit three different 40 page briefs in opposition to Axis's brief on appeal. Axis does not oppose this request.

      Accordingly, the parties jointly request Your Honor's maximum page limitations be extended as follows:

Axis's brief on appeal: one 40 page brief
Insureds' opposition briefs: three 40 page briefs
Axis's reply brief: one 25 page brief.

All briefs will include a table of contents and a table of authorities.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Joan M. Gilbride
Ann Marie Collins
Robert A. Benjamin

cc: all counsel (via email)

KAUFMAN BORGEEST & RYAN LLP