USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re REFCO, INC. SECURITIES LITIGATION     :     05 Civ. 8626 (GEL)
:
------------------------------------------------------------x
:
AMERICAN FINANCIAL INTERNATIONAL     :     **ORDER**
GROUP–ASIA, L.L.C. et al.,
:
        Plaintiffs,                          :
                                             :     05 Civ. 8988 (GEL)
    -against-                                :
                                             :
PHILLIP R. BENNETT et al.,                   :
                                             :
        Defendants.                          :
                                             :
------------------------------------------------------------x
:
CHRISTOPHER CARMONA, derivatively on         :
behalf of THE GOLDMAN SACHS GROUP,           :
INC.,                                        :
                                             :
        Plaintiff,                           :
                                             :     05 Civ. 9327 (GEL)
    -against-                                :
                                             :
HENRY M. PAULSON et al.,                     :
                                             :
        Defendants,                          :
    -and-                                    :
                                             :
THE GOLDMAN SACHS GROUP, INC.,               :
a Delaware corporation,                      :
                                             :
        Nominal Defendant.                   :
                                             :
------------------------------------------------------------x
:
THOMAS H. LEE EQUITY FUND V, L.P. et al.,    :
                                             :
        Plaintiffs,                          :
                                             :     05 Civ. 9608 (GEL)
    - against-                               :

| | |
|---|---|
| PHILLIP R. BENNETT et al.,<br><br>                Defendants.<br>------------------------------------------------------------x | |
| In re REFCO CAPITAL MARKETS, LTD.<br>BROKERAGE CUSTOMER SECURITIES<br>LITIGATION<br>------------------------------------------------------------x | 06 Civ. 643 (GEL) |
| THOMAS H. LEE EQUITY FUND V, L.P. et al.,<br><br>                Plaintiffs,<br><br>- against-<br><br>MAYER, BROWN, ROWE & MAW LLP,<br><br>                Defendant.<br>------------------------------------------------------------x | 07 Civ. 6767 (GEL) |
| MARC S. KIRSCHNER, as Trustee of the<br>Refco Litigation Trust,<br><br>                Plaintiff,<br><br>- against-<br><br>THOMAS H. LEE PARTNERS, L.P. et al.,<br><br>                Defendants.<br>------------------------------------------------------------x | 07 Civ. 7074 (GEL) |
| AXIS REINSURANCE COMPANY,<br><br>                Plaintiff,<br><br>- against-<br><br>PHILLIP R. BENNETT et al., | 07 Civ. 7924 (GEL) |

|                                                      |                    |
| ---------------------------------------------------- | ------------------ |
| Defendants.                                          :|                    |
| ------------------------------------------------------x |                 |
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust, : |     |
| Plaintiff,                                           :| 07 Civ. 8165 (GEL) |
| - against-                                           :|                    |
| PHILLIP R. BENNETT et al.,                           :|                    |
| Defendants.                                          :|                    |
| ------------------------------------------------------x |                 |
| THOMAS H. LEE EQUITY FUND V, L.P. et al.,            :|                    |
| Plaintiffs,                                          :| 07 Civ. 8663 (GEL) |
| - against-                                           :|                    |
| GRANT THORNTON LLP,                                  :|                    |
| Defendant.                                           :|                    |
| ------------------------------------------------------x |                 |
| VR GLOBAL PARTNERS, L.P. et al.,                     :|                    |
| Plaintiffs,                                          :| 07 Civ. 8686 (GEL) |
| - against-                                           :|                    |
| PHILLIP R. BENNETT et al.,                           :|                    |
| Defendants.                                          :|                    |
| ------------------------------------------------------x |                 |
| CAPITAL MANAGEMENT SELECT FUND LTD. et al.,          :|                    |
| Plaintiffs,                                          :|                    |

|  |  |  |
|---|---|---|
| - against- | : | 07 Civ. 8688 (GEL) |
| PHILLIP R. BENNETT et al., | : | |
| Defendants. | : | |

-----------------------------------------------------x

|  |  |  |
|---|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | : | |
| Plaintiff, | : | |
|  | : | 07 Civ. 9238 (GEL) |
| - against- | : | |
| THOMAS HACKL et al., | : | |
| Defendants. | : | |

-----------------------------------------------------x

|  |  |  |
|---|---|---|
| In re REFCO, INC. | : | 07 Civ. 9420 (GEL) |
|  | : | 07 Civ. 9482 (GEL) |
|  | : | 07 Civ. 9483 (GEL) |
|  | : | 07 Civ. 10302 (GEL) |

-----------------------------------------------------x

GERARD E. LYNCH, District Judge:

      The Court has received a letter from counsel for defendant Grant Thornton LLP stating that the parties to a number of the above-captioned cases have been attempting to schedule a meeting to discuss matters to be addressed at the status conference currently scheduled for November 30, 2007, at 3:30 p.m., but that the parties have been unable to meet as a result of the large number of counsel and the intervening Thanksgiving holiday. Having received a request to adjourn the status conference for a brief period to permit interested parties to confer, it is hereby ORDERED that the status conference is re-scheduled for December 10, 2007, at 3 p.m.

SO ORDERED.

Dated: New York, New York
       November 27, 2007

                                            GERARD E. LYNCH
                                          United States District Judge