UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
AXIS REINSURANCE COMPANY, :
:
                  Plaintiff, :      07 Civ. 7924 (GEL)
:       07 Civ. 9420 (GEL)
-v- :      07 Civ. 9842 (GEL)
:       07 Civ. 10302 (GEL)
PHILIP R. BENNETT et al., :
:
                  Defendants. :
:
------------------------------------------------------------x       **ORDER**
:
TONE N. GRANT et al., :
:
                  Plaintiffs, :
-v- :      07 Civ. 9843 (GEL)
:
AXIS REINSURANCE COMPANY, :
:
                  Defendant. :
:
------------------------------------------------------------x

**GERARD E. LYNCH, District Judge:**

       Pursuant to its January 2, 2008, Order, the Court has received competing schedules from the parties with regard to supplementary briefing on the impact of defendant Santo Maggio's guilty plea on the above-captioned cases. The Court has carefully reviewed the arguments presented and concludes that the briefing schedule proposed by the insureds is reasonable, particularly in light of their need to coordinate briefing among sixteen individuals represented by eight different law firms.

       Accordingly, it is hereby ORDERED that:

1.     Axis shall submit its supplemental brief addressing the impact of defendant Santo Maggio's guilty plea on the above-captioned cases no later than January 14, 2008.

2.     The insureds shall submit their supplemental response no later than January 28, 2008.

3.   Axis shall submit its supplemental reply no later than February 5, 2008.

SO ORDERED:

Dated: New York, New York
       January 10, 2008

                                                            _____
                                                            GERARD E. LYNCH
                                                            United States District Judge