UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/08
```

| | |
|---|---|
| AXIS REINSURANCE COMPANY,<br><br>            Plaintiff,<br>vs.<br><br>LEO R. BREITMAN, *et al.*,<br><br>            Defendants. | :<br>:<br>:<br>: Case No. 1:07-cv-9420-GEL<br>:<br>:<br>:<br>: |
| In re:<br><br>REFCO, INC., et al.,<br><br>            Debtors. | : Chapter 11<br>:<br>: Case No. 05-60006 (RDD)<br>:<br>: (Jointly Administered) |

For good cause shown, it is hereby ORDERED,

That Baker & Hostetler LLP and Matthew R. Goldman are hereby withdrawn as counsel for Dennis Klejna and Joseph Murphy on the record of the above-captioned District Court proceeding, and that the following shall be substituted as lead attorneys in the proceeding: Helen B. Kim as lead attorney for Dennis Klejna, and John J. Jerome as lead attorney for Joseph Murphy.

Date: *June 24, 2008*

                                              United States District Judge

Consented to by:

/s/ Matthew R. Goldman
Matthew R. Goldman
Baker & Hostetler LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3485
Ph: 216.621.0200
Fax: 216.696.0740

Withdrawing Counsel

/s/ Helen B. Kim
Helen B. Kim
Katten Muchin Roseman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Ph: 310.788.4400
Fax: 310.788.4471

Counsel for Dennis Klejna


/s/ John J. Jerome
John J. Jerome
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Ph: 212.672.1996
Fax: 212.672.1920

Counsel for Joseph Murphy